# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**SUNRISE MEDICAL HHG, INC.**

            **Plaintiff**

      VS.         **1:01-CV-597 (HGM) (DRH)**

**HEALTH FOCUS OF NEW YORK and ANTHONY ANDERSON**

            **Defendants'**

**[X]  Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's motion for summary judgment is granted in all respects.  Judgment is entered in favor of Sunrise Medicial HHG, Inc., against Anthony Anderson in the amount of $ 487,282.72, which includes $433,273.67 as the principle and interest and $54,009.05 in attorneys' fees and costs.

All of the above pursuant to the Order of the Honorable Howard G. Munson, dated February 15, 2005 and November 20, 2006.


**November 21, 2006**              **LAWRENCE K. BAERMAN**

_____      _____

**DATE**                   **CLERK OF COURT**

                      **s/**

                     _____

                     **JOANNE BLESKOSKI**

                     **DEPUTY CLERK**